Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**Susan Seletsky**, Attorney (CSBN #176106)
Office of the Solicitor (Sol #0918585)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
   Telephone: (213) 894-4983
   Facsimile: (213) 894-2064
seletsky.susan@dol.gov

Attorneys for the Plaintiff

FILED

2009 AUG 12 PM 2:03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS,<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>              Plaintiff,<br><br>     v.<br><br>2W FASHION, INC. doing business as<br>JANETTE FASHION and as DILLION,<br><br>              Defendant. | Case No. CV09-5889 DDP (RZx)<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF AND RESTITUTION**<br>(29 U.S.C. § 201 *et seq.*) |

1) The Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary"), brings this action to enjoin Defendant 2W Fashion, Inc. doing business as Janette Fashion and also doing business as Dillion, a California corporation ("Defendant 2W Fashion"), from violating the provisions of Section 15(a)(1) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. § 215(a)(1), and from failing to disgorge ill-gotten gains in an amount equal to the amount due to employees as a result of violations of the FLSA.

2) This Court has subject matter jurisdiction under Section 17 of the FLSA, 29 U.S.C. § 217; this Court also has subject matter jurisdiction under 28 U.S.C. § 1331

1  (federal question) and under 28 U.S.C. § 1345 (United States as plaintiff).

2  3)   Defendant 2W Fashion is and at all times material has been a California corporation, with an office and place of business at 1015 Crocker Street, Q11, Los Angeles, CA 90021, within the jurisdiction of this court.

4)   Defendant 2W Fashion is and at all times material has been a manufacturer of ladies' garments. As such, Defendant 2W Fashion contracts with sewing contractors who work on Defendant's textiles and process these materials into completed garments.

5)   a. During the period of March 22, 2009 through June 13, 2009 ("relevant period"), Durisuh, Inc. was one such sewing contractor that produced finished garments for Defendant 2W Fashion. Its place of business is and was 2702 S. Main Street, #202, Los Angeles, CA 90007.

b. During the relevant period Durisuh, Inc. employed employees in and about its place of business in producing, handling, or working on goods a substantial portion of which was shipped, delivered or sold to places outside the State of California with knowledge or reason to believe that shipment, delivery or sale to places outside of California was intended. Its employees, by reason of their employment, were engaged in commerce or in the production of goods for commerce within the meaning of the FLSA.

c. During the relevant period Durisuh, Inc. violated the provisions of FLSA §§ 6 and 15(a)(2), 29 U.S.C. §§ 206 and 215(a)(2), by paying its employees who worked on garments produced for Defendant, at wage rates less than the applicable federal minimum wage of $6.55 an hour.

d. During the relevant period, Durisuh, Inc. violated the provisions of FLSA §§ 7 and 15(a)(2), 29 U.S.C. §§ 207 and 215(a)(2), by failing to pay its employees who worked on garments produced for Defendant at time and one half the employee's regular rate for all hours worked in excess of 40 hours in a work week.

5. During the relevant period, Defendant 2W Fashion violated the provisions of

FLSA § 15(a)(1), 29 U.S.C. § 215(a)(1) (the "hot goods" provisions), by transporting, offering for transportation, shipping, delivering or selling in commerce, or shipping, delivering or selling with knowledge that shipment or delivery or sale in commerce was intended, goods in the production of which employees of Durisuh, Inc. were not paid the minimum wage and/or overtime required by FLSA Sections 6 and/or 7, 29 U.S.C. §§ 206 and/or 207 as described above. These employees are listed on the attached Exhibit 1.

7) As a result of the violations of the "hot goods" provision of the FLSA, Defendant has received ill-gotten gains, benefitting the Defendant unfairly, and subjecting others to unfair competition in commerce, in violation of the FLSA.

8) A judgment permanently enjoining and restraining such violations of Section 15(a)(1) of the FLSA, 29 U.S.C. FLSA, § 215(a)(1), including the restraint of the continued withholding of amounts sufficient to cover the unpaid wages due under the FLSA, is specifically authorized by FLSA § 17, 29 U.S.C. § 217.

WHEREFORE, cause having been shown, Plaintiff prays for a judgment:

A. Pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, permanently enjoining and restraining Defendant 2W Fashion, its officers, agents, servants and employees, and all persons in active concert or participation with it, from violating the provisions of Section 15(a)(1) of the FLSA, 29 U.S.C. § 215(a)(1), including disgorgement of amounts sufficient to afford restitution to employees who worked on goods identified in this action and were not paid for their work as required by the FLSA's minimum wage and/or overtime provisions, 29 U.S.C. Sections §§ 206 and/or 207.

B. Such other and further relief as the Court deems necessary.

///
///
///
///
///

```
 1   Dated: Aug 11, 2009           CAROL A. DEDEO
                                   Deputy Solicitor for National Operations
 2
 3                                 LAWRENCE BREWSTER
                                   Regional Solicitor
 4
 5                                 DANIEL J. CHASEK
                                   Associate Regional Solicitor
 6
 7                                 /s/ Susan Seletsky
 8                                 SUSAN SELETSKY, Attorney
                                   Attorneys for the Plaintiff
 9                                 U.S. Department of Labor
10
11
12
13   Re:  Solis v. 2W Fashion, Inc.
          U.S.D.C., Cent. Dist. of Calif. Case No.:
14
```

Exhibit 1

| Last Name | First Name |
|---|---|
| Arcos | Miguel |
| Castillo | Maria |
| Cox | Miguel |
| Esmilla | Maria |
| Garcia | Manuel |
| Garcia | Maura |
| Gomez | Marcos |
| Gonzalez | Juan |
| Gonzalez II | Juan |
| Hernandez | Francisco |
| Hernandez | German |
| Hernandez | Noelia |
| Hernandez | Rosenda |
| Huerta | Christian |
| Linares | Alberto |
| Lopez | Barnabe |
| Lopez | Cruz |
| Lucero | Jessica |
| Lucero | Policarpo |
| Martinez | Lourdous |
| Moastranzo | Christina |
| Moldenado | Auria |
| Nieto | Maria |

COMPLAINT (Sol #0918585)

| | Last Name | First Name |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Pastor | Salbador |
| 4 | Perez | Jeremias |
| 5 | Quintania | Jorge |
| 6 | Rojas | Pascual |
| 7 | Rojas | Samuel |
| 8 | Romero | Magali |
| 9 | Sanchez | Procoro |
| 10 | Unknown | Carlos |
| 11 | Unknown | Carlos |
| 12 | Unknown | Claudio |
| 13 | Unknown | Eduardo |
| 14 | Unknown | Elva |
| 15 | Unknown | Elvia |
| 16 | Unknown | Kaina |
| 17 | Unknown | Luis |
| 18 | Unknown | Pastino |
| 19 | Unknown | Polo |
| 20 | Unknown | Roberto |
| 21 | Unknown | Rosa |
| 22 | Unknown | Rosalia |
| 23 | Unknown | Ventura |
| 24 | Vargas | Ramon |
| 25 | Vincente | Ruban |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

### CV09- 5889 DDP (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor,

**DEFENDANTS**
2W FASHION, INC, doing business as JANETTE FASHION and as DILLION,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
SUSAN SELETSKY, Attorney
Office of the Solicitor, U.S. Department of Labor
350 S Figueroa St Ste 370 Los Angeles, CA 90071-1202/Phone (213) 894-4983

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☐ Yes  ☒ No  (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No
☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
To enjoin and restrain defendant(s) from violating provisions of Section 15(a)(1) of the Fair Labor Standards Act, as amended (29 U.S.C. 201 et seq)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☒ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**  Case Number: **CV09-5889**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                              CIVIL COVER SHEET                              Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☒ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| 2W Fashion, Inc - Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Susan [signature]_  Date August 11, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

SUSAN SELETSKY, Attorney (CSBN#176106)
Office of the Solicitor (Sol#09-18584)
United States Department of Labor
350 S. Figueroa Street, Suite 370
Los Angeles, CA 90071-1202
Telephone: (213) 894-4983/FAX: (213) 894-2064

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>PLAINTIFF(S)<br>v.<br><br>2W FASHION, INC. doing business as JANETTE FASHION and as DILLION,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV09-5889 DDP (RZx)**<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S): - named above -

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Susan Seletsky_____, whose address is _350 S. Figueroa Street, Suite 370; Los Angeles, CA  90071-1202_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __AUG 1 2 2009__          By: _Natalie Bongcua_
                                        Deputy Clerk

                                     *(Seal of the Court)*

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                                SUMMONS